IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOHN WAYNE CALLOWAY | : | CASE NO. 1-14-04227-MDF |
| EARTHENIA DENISE CALLOWAY | : | |
| Debtors | : | |
| | : | CHAPTER 13 |
| | : | |
| LAKEVIEW LOAN SERVICING, LLC | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN WAYNE CALLOWAY | : | |
| EARTHENIA DENISE CALLOWAY | : | |
| Respondents | : | |

**DEBTORS' RESPONSE TO MOTION OF
LAKEVIEW LOAN SERVICING, LLC
FOR RELIEF FROM THE AUTOMATIC STAY**

**AND NOW,** come Debtors, John Wayne Calloway and Earthenia Denise Calloway, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part, denied in part. The Mortgage speaks for itself. Strict proof is demanded as to the assignment.

5. Admitted.

6. Admitted. Debtors offer to cure the post petition arrearage through an amended Plan.

7. Admitted in part, denied in part. See response to paragraph 6.

8. Denied. Any and all fees and costs related to the Motion for Relief will be resolved as part of the Motion for Relief Court proceeding.

**WHEREFORE**, Debtors respectfully request that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

*/s/ Gary J. Imblum*

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 10/21/2016

# CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF LAKEVIEW LOAN SERVICING, LLC FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

CHARLES J. DEHART III ESQUIRE                       dehartstaff@pamd13trustee.com
CHAPTER 13 TRUSTEE
VIA E-SERVICE

JOSHUA I. GOLDMAN, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*/s/ Carol V. Shay*

Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 10/21/2016