**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Earthenia Denise Calloway<br>　　　John Wayne Calloway<br>　　　　　　　　__Debtors__ | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　　　　__Movant__<br>　　vs.| NO. 14-04227 MDF |
| Earthenia Denise Calloway<br>John Wayne Calloway<br>　　　　　　　　__Debtors__ | |
| Charles J. DeHart, III Esq.<br>　　　　　　　　__Trustee__ | Nature of Proceeding: Motion for Relief |

**REQUEST TO CONTINUE HEARING WITH CONCURRENCE**

　　　　This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

　　　　The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

　　　　Reason for the continuance; __both parties are attempting settlement.__.

　　　　Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.


Dated: November 11, 2016　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire_____**
　　　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　BNY Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　　　(215) 627-1322
　　　　　　　　　　　　　　　　　　　　　　Fax (215) 825-6406