IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Earthenia Denise Calloway<br>John Wayne Calloway<br>    Debtors | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>    Movant<br>vs. | NO. 14-04227 MDF |
| Earthenia Denise Calloway<br>John Wayne Calloway<br>    Debtors | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>    Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on Debtor's residence is **$3,016.05,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | August 2016 through November 2016 at $754.85 |
| Suspense Balance | $3.35 |
| **Total Post-Petition Arrears** | **$3,016.05** |

2. Debtors shall cure said arrearages in the following manner;

    a). Within fifteen (15) days of the filing of this Stipulation, Debtors shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$3,016.05** along with the pre-petition arrears;

    b). Maintenance of monthly mortgage payments that are subject to change under the Note to the Movant thereafter to the following address:

M&T Bank
P.O. BOX 62182
Baltimore, MD 21264
(800) 724-1633

3. Should debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtor's attorney of the default in writing via regular mail and e-mail (to Debtor's Attorney only) and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order7 granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: November 11, 2016 By: /s/ Thomas I. Puleo, Esquire
Thomas I. Puleo, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: November 11, 2016

Gary J. Imblum Esq.
Attorney for Debtors

Approved by the Court this _____ day of _____, 2016. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Mary D. France

James K. Jones, Esq.
Charles J. DeHart, III, Esq.
Chapter 13 Office
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
(717) 566-6097