**IMBLUM LAW OFFICES, P.C.**

4615 DERRY STREET
HARRISBURG, PA 17111

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

December 13, 2016

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: John & Earthenia Calloway
Chapter 13 Bankruptcy Case No. 1-14-04227 MDF

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

NCO FINANCIAL SYSTEMS
500 VIRGINIA DR #514
FT WASHINGTON PA 19034-2707

The Creditor's <u>previous</u> address was as follows:

NCO FINANCIAL SYSTEMS
507 PRUDENTIAL ROAD
HORSHAM PA 19044-2308

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm