# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

December 13, 2016

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: John & Earthenia Calloway
Chapter 13 Bankruptcy Case No. 1-14-04227 MDF

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

COMMUNITY LIFE TEAM EMS
PO BOX 8700
HARRISBURG PA 17105-8700

The Creditor's <u>previous</u> address was as follows:

COMMUNITY LIFE TEAM EMS
2222 PAXTON STREET REAR
HARRISBURG PA 17111-1038

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm