# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Earthenia Denise Calloway<br>John Wayne Calloway<br>   Debtors | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>   Movant<br>vs. | NO. 14-04227 MDF |
| Earthenia Denise Calloway<br>John Wayne Calloway<br>   Debtors | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>   Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.