```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                  Case No. 14-04227-MDF
John Wayne Calloway                                                     Chapter 13
Earthenia Denise Calloway
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr              Page 1 of 2                  Date Rcvd: Dec 12, 2016
                              Form ID: pdf010              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
db/jdb         +John Wayne Calloway,    Earthenia Denise Calloway,    2326 Green Street,
                 Harrisburg, PA 17110-1034
4543813         ACCT RECOV,    PO Box 6788,   Reading, PA 19610-0768
4543816        +AMERIMARK PREMIER,    1515 S 21ST ST,    CLINTON, IA 52732-6676
4543817        +ARCADIA RECOVERY BUREAU,    PO BOX 41309, DEPT 310,    NASHVILLE, TN 37204-1309
4574702        +ARCADIA RECOVERY BUREAU LLC,    PO BOX 6768,   WYOMISSING , PA 19610-0768
4543818         BAKERE ASSOCIATES OB,    2151 LINGLESTOWN RD. STE. 210,    HARRISBURG, PA 17110-9453
4543819        +BELCO CREDIT UNION,    PO BOX 82,   HARRISBURG, PA 17108-0082
4543820        +BUR ACCT MGM,    BUREAU OF ACCOUNT 3607 ROSEMON,    CAMP HILL, PA 17011-6904
4543821        +BUREAU ACCOUNT MANAGEMENT,    3607 ROSEMONT,   CAMP HILL, PA 17011-6904
4543822        +BUREAU OF ACCOUNT MANA,    3607 ROSEMONT AVE STE 50,    CAMP HILL, PA 17011-6943
4543824        +CITY OF HARRISBURG,    10 N 2ND STREET,    HARRISBURG, PA 17101-1677
4543826         COMMERCIAL ACCEPTANCE CO,    2300 GETTYSBURG ROAD #102,    CAMP HILL, PA  17011-7303
4543827        +COMMUNITY LIFE TEAM EMS,    2222 PAXTON STREET REAR,    HARRISBURG, PA 17111-1038
4543828        +COMPUTER CREDIT, INC.,    CLAIMS DEPT 083307,    640 WEST 4TH ST POB 5238,
                 WINSTON SALEM, NC 27113-5238
4634338        +City of Harrisburg,    c/o Capital Region Water,    100 Pine Drive,    Harrisburg, PA 17103-1262
4543830       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DIRECTTV,    PO BOX 6550,    ENGLEWOOD, CO   80155)
4543831        +DR LEONARDS/CAROL WRIG,    1515 S 21ST ST,    CLINTON, IA 52732-6676
4543832        +EDWIN A AQUINO MD,    845 SIR THOMAS COURT,    HARRISBURG, PA 17109-4840
4543835        +HOLY SPIRIT HOSPITAL,    503 N. 21ST STREET,    CAMP HILL, PA 17011-2288
4543836         HSBC BANK,    PO BOX 30252,   Salt Lake City, UT 84130-0252
4543838        +JOSEPH P. CARDINALE MD,    879 S ARLINGTON AVENUE,    HARRISBURG, PA 17109-5081
4543839        +LAKEVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,    5TH FLOOR,    MIAMI, FL 33146-1837
4543840        +LOWER ALLEN TOWNSHIP EMERGENCY MEDI,    2233 GETTYSBURG ROAD,    CAMP HILL, PA 17011-7302
4543842         MIDLAND CREDIT MANAGEMENT,    PO BOX 939069,    San Diego, CA 92193-9069
4543846        +PAUL J. KLEMM, ESQUIRE,    NUDELMAN, KLEMM & GOLUB PC,    425 EAGLE ROCK AVENUE,
                 ROSELAND, NJ 07068-1787
4543848        +POWELL INC,    1 FISHER STREET,   HALIFAX, PA 17032-8845
4543849        +PPL ELECTRIC UTILITIES,    827 HAUSMAN ROAD,    ALLENTOWN, PA 18104-9392
4543850        +QUANTUM IMAGING & THERAPEUTIC ASSOC,    DEPT 19687,    PO BOX 1259,    OAKS, PA 19456-1259
4543852        +SCHEIN ERNST EYE ASSOC., PC,    10 CAPITAL DRIVE, SUITE 300,    HARRISBURG, PA 17110-9412
4543855        +STATE COLLECTION SERVI,    2509 S STOUGHTON RD,    MADISON, WI 53716-3314
4543857        +TORRES CRDIT,    27 FAIRVIEW,   CARLISLE, PA 17015-3200
4543858        +TOYOTA MOTOR CREDIT CO,    240 GIBRALTAR RD STE 260,    HORSHAM, PA 19044-2387
4558397       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,     19001 South Western Avenue,
                 PO Box 2958,    Torrance, CA 90509)
4850663         Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
4549713         Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
4543861        +VERIZON,    500 TECHNOLOGY DRIVE,   SUITE 300,    SAINT CHARLES, MO 63304-2225
4543860        +VERIZON,    500 TECHNOLOGY DR STE 30,    WELDON SPRING, MO 63304-2225
4596056        +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4543814        +E-mail/Text: EBNProcessing@afni.com Dec 12 2016 18:57:07      AFNI, INC.,   PO BOX 3427,
                 BLOOMINGTON, IL 61702-3427
4543815        +E-mail/Text: ebn@americanwebloan.com Dec 12 2016 18:57:16      AMERICAN WEB LOAN,
                 522 N 14TH STREET,    BOX 130,   PONCA CITY, OK 74601-4654
4569236         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 12 2016 19:01:29
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
4543823        +E-mail/Text: kellyp@ccpdocs.com Dec 12 2016 18:57:19      CARDIOLOGY CONSULTANTS PH,
                 207 NORTH BROAD STREET,    3RD FLOOR,   PHILADELPHIA, PA 19107-1500
4543825        +E-mail/Text: synovusbankruptcy@synovus.com Dec 12 2016 18:57:19      COLUMBUS BANK AND TRUST,
                 1148 BROADWAY,    COLUMBUS, GA 31901-2429
4543829        +E-mail/Text: electronicbkydocs@nelnet.net Dec 12 2016 18:57:01      DEPT OF EDUCATION/NELN,
                 121 S 13TH ST,    LINCOLN, NE 68508-1904
4543833        +E-mail/Text: bknotice@erccollections.com Dec 12 2016 18:57:01      ENHANCED RECOVERY CO L,
                 8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
4543834        +E-mail/Text: bnc-bluestem@quantum3group.com Dec 12 2016 18:57:19      FINGERHUT,
                 CREDIT ACCOUNT SERVICES,    PO BOX 1250,    SAINT CLOUD, MN 56395-1250
4543837         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 12 2016 18:57:09      JEFFERSON CAPITAL SYST,
                 16 MCLELAND RD,    SAINT CLOUD, MN  56303
4588625         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 12 2016 18:57:09      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4543841         E-mail/Text: camanagement@mtb.com Dec 12 2016 18:56:55      M&T BANK,   1 FOUNTAIN PLAZA,
                 BUFFALO, NY  14203
4561938         E-mail/Text: camanagement@mtb.com Dec 12 2016 18:56:55      M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240-1288
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4543843        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 12 2016 18:56:59      MIDLAND FUNDING,
                 8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
4543845        +E-mail/Text: bankruptcydepartment@tsico.com Dec 12 2016 18:57:21      NCO FIN/09,
                 507 PRUDENTIAL RD,   HORSHAM, PA 19044-2308
4543847        +E-mail/Text: schesek@pinnaclehealth.org Dec 12 2016 18:56:55      PINNACLE HEALTH HOSPITALS,
                 PO BOX 2353,   HARRISBURG, PA 17105-2353
4543854        +E-mail/Text: appebnmailbox@sprint.com Dec 12 2016 18:56:58      SPRINT,   PO BOX 8077,
                 LONDON, KY 40742-8077
4558354         E-mail/Text: appebnmailbox@sprint.com Dec 12 2016 18:56:59      Sprint Corp,
                 Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
4543859         E-mail/Text: bkrcy@ugi.com Dec 12 2016 18:57:20      UGI,   PO BOX 13009,   READING, PA  19612
4580909         E-mail/Text: bkrcy@ugi.com Dec 12 2016 18:57:20      UGI UTILITIES INC,   225 MORGANTOWN RD,
                 PO BOX 13009,   READING, PA 19611
4548700         E-mail/Text: electronicbkydocs@nelnet.net Dec 12 2016 18:57:01      US Department of Education,
                 c/o Nelnet,   3015 South Parker Road,   Suite 400,   Aurora CO 80014-2904
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Corporation,   19001 South Western Ave.,
                 P.O. Box 2958,   Torrance, CA  90509)
4543844*       +MIDLAND FUNDING,   8875 AERO DRIVE,   SUITE 200,   SAN DIEGO, CA 92123-2255
4543851       ##+SALUTE VISA GOLD,   4421 FOSTER STREET,   LITTLE ROCK, AR 72204-7222
4543853       ##+SHIPLEY ENERGY,   PO BOX 946,   YORK, PA 17405-0946
4543856       ##+STEVEN A. ROSENFELD DDS,   2533 WALNUT STREET,   HARRISBURG, PA 17103-1769
                                                                                   TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Earthenia Denise Calloway gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor John Wayne Calloway gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              John F Goryl    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Toyota Motor Credit Corporation
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
JOHN WAYNE CALLOWAY                       :       CASE NO. 1-14-04227-MDF
EARTHENIA DENISE CALLOWAY                 :
      Debtors                             :       CHAPTER 13

ORDER OF COURT
PERMITTING SECOND APPLICATION OF ATTORNEY FOR CHAPTER
13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Second Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. § 330 and 11 U.S.C. § 503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. § 330 and 11 U.S.C. § 503(B)(4) will be allowed for the payment in the sum of $2,215.00 for fees and $104.42 for costs, for a net amount due of $2,319.42 for the time period of November 17, 2015 through November 10, 2016.

By the Court,

_Mary D. France_
Bankruptcy Judge
(VK)

Dated: December 9, 2016