```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                   Case No. 14-04227-MDF
John Wayne Calloway                                                      Chapter 13
Earthenia Denise Calloway
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr              Page 1 of 1              Date Rcvd: Dec 15, 2016
                              Form ID: pdf010              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
db/jdb         +John Wayne Calloway,    Earthenia Denise Calloway,    2326 Green Street,
                 Harrisburg, PA 17110-1034
4543839        +LAKEVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,    5TH FLOOR,    MIAMI, FL 33146-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Earthenia Denise Calloway gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor John Wayne Calloway gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              John F Goryl    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Toyota Motor Credit Corporation
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                               TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Earthenia Denise Calloway<br>John Wayne Calloway<br>　　　　Debtors | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　Movant<br>　　vs. | NO. 14-04227 MDF |
| Earthenia Denise Calloway<br>John Wayne Calloway<br>　　　　Debtors | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>　　　　Trustee | |

**ORDER**

Upon consideration of the stipulation between Debtors and Lakeview Loan Servicing, LLC, it is hereby ORDERED that the Stipulation is approved.

By the Court,

*Mary D France* (signature)
Bankruptcy Judge
(VK)

Dated: December 15, 2016