```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 14-04227-RNO
John Wayne Calloway                                           Chapter 13
Earthenia Denise Calloway
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr          Page 1 of 2          Date Rcvd: Jun 29, 2017
                              Form ID: ordsmiss        Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db/jdb         +John Wayne Calloway,   Earthenia Denise Calloway,   2326 Green Street,
                 Harrisburg, PA 17110-1034
4543813         ACCT RECOV,    PO Box 6788,   Reading, PA 19610-0768
4543816        +AMERIMARK PREMIER,   1515 S 21ST ST,    CLINTON, IA 52732-6676
4543817        +ARCADIA RECOVERY BUREAU,    PO BOX 41309, DEPT 310,   NASHVILLE, TN 37204-1309
4574702        +ARCADIA RECOVERY BUREAU LLC,    PO BOX 6768,   WYOMISSING , PA 19610-0768
4543818         BAKERE ASSOCIATES OB,    2151 LINGLESTOWN RD. STE. 210,   HARRISBURG, PA 17110-9453
4543819        +BELCO CREDIT UNION,   PO BOX 82,    HARRISBURG, PA 17108-0082
4543820        +BUR ACCT MGM,   BUREAU OF ACCOUNT 3607 ROSEMON,   CAMP HILL, PA 17011-6904
4543821        +BUREAU ACCOUNT MANAGEMENT,    3607 ROSEMONT,   CAMP HILL, PA 17011-6904
4543822        +BUREAU OF ACCOUNT MANA,    3607 ROSEMONT AVE STE 50,   CAMP HILL, PA 17011-6943
4543824        +CITY OF HARRISBURG,   10 N 2ND STREET,    HARRISBURG, PA 17101-1677
4543826         COMMERCIAL ACCEPTANCE CO,    2300 GETTYSBURG ROAD #102,   CAMP HILL, PA  17011-7303
4543827         COMMUNITY LIFE TEAM EMS,    PO Box 8700,   HARRISBURG, PA 17105-8700
4543828        +COMPUTER CREDIT, INC.,    CLAIMS DEPT 083307,   640 WEST 4TH ST POB 5238,
                 WINSTON SALEM, NC 27113-5238
4634338        +City of Harrisburg,   c/o Capital Region Water,    100 Pine Drive,   Harrisburg, PA 17103-1262
4543831        +DR LEONARDS/CAROL WRIG,    1515 S 21ST ST,   CLINTON, IA 52732-6676
4543832        +EDWIN A AQUINO MD,   845 SIR THOMAS COURT,    HARRISBURG, PA 17109-4840
4543835        +HOLY SPIRIT HOSPITAL,    503 N. 21ST STREET,   CAMP HILL, PA 17011-2288
4543836         HSBC BANK,   PO BOX 30252,   Salt Lake City, UT 84130-0252
4543838        +JOSEPH P. CARDINALE MD,    879 S ARLINGTON AVENUE,   HARRISBURG, PA 17109-5081
4543839        +LAKEVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,   5TH FLOOR,   MIAMI, FL 33146-1837
4543840        +LOWER ALLEN TOWNSHIP EMERGENCY MEDI,    2233 GETTYSBURG ROAD,   CAMP HILL, PA 17011-7302
4543842         MIDLAND CREDIT MANAGEMENT,    PO BOX 939069,   San Diego, CA 92193-9069
4543846        +PAUL J. KLEMM, ESQUIRE,    NUDELMAN, KLEMM & GOLUB PC,   425 EAGLE ROCK AVENUE,
                 ROSELAND, NJ 07068-1787
4543848        +POWELL INC,   1 FISHER STREET,    HALIFAX, PA 17032-8845
4543849        +PPL ELECTRIC UTILITIES,    827 HAUSMAN ROAD,   ALLENTOWN, PA 18104-9392
4543850        +QUANTUM IMAGING & THERAPEUTIC ASSOC,    DEPT 19687,   PO BOX 1259,   OAKS, PA 19456-1259
4543852        +SCHEIN ERNST EYE ASSOC., PC,    10 CAPITAL DRIVE, SUITE 300,   HARRISBURG, PA 17110-9412
4543855        +STATE COLLECTION SERVI,    2509 S STOUGHTON RD,   MADISON, WI 53716-3314
4543857        +TORRES CRDIT,   27 FAIRVIEW,    CARLISLE, PA 17015-3200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4543814        +EDI: AFNIRECOVERY.COM Jun 29 2017 18:48:00     AFNI, INC.,   PO BOX 3427,
                 BLOOMINGTON, IL 61702-3427
4543815        +E-mail/Text: ebn@americanwebloan.com Jun 29 2017 18:50:07     AMERICAN WEB LOAN,
                 522 N 14TH STREET,   BOX 130,   PONCA CITY, OK 74601-4654
4569236         EDI: AIS.COM Jun 29 2017 18:48:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
4543823        +E-mail/Text: kellyp@ccpdocs.com Jun 29 2017 18:50:10     CARDIOLOGY CONSULTANTS PH,
                 207 NORTH BROAD STREET,    3RD FLOOR,   PHILADELPHIA, PA 19107-1500
4543825        +E-mail/Text: synovusbankruptcy@synovus.com Jun 29 2017 18:50:10     COLUMBUS BANK AND TRUST,
                 1148 BROADWAY,   COLUMBUS, GA 31901-2429
4543829        +E-mail/Text: electronicbkydocs@nelnet.net Jun 29 2017 18:49:58     DEPT OF EDUCATION/NELN,
                 121 S 13TH ST,   LINCOLN, NE 68508-1904
4543830         EDI: DIRECTV.COM Jun 29 2017 18:53:00     DIRECTTV,   PO BOX 6550,   ENGLEWOOD, CO 80155
4543833        +E-mail/Text: bknotice@erccollections.com Jun 29 2017 18:49:59     ENHANCED RECOVERY CO L,
                 8014 BAYBERRY RD,   JACKSONVILLE, FL 32256-7412
4543834        +EDI: BLUESTEM Jun 29 2017 18:49:00     FINGERHUT,   CREDIT ACCOUNT SERVICES,   PO BOX 1250,
                 SAINT CLOUD, MN 56395-1250
4543837         EDI: JEFFERSONCAP.COM Jun 29 2017 18:53:00     JEFFERSON CAPITAL SYST,   16 MCLELAND RD,
                 SAINT CLOUD, MN  56303
4588625         EDI: JEFFERSONCAP.COM Jun 29 2017 18:53:00     Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
4543841         E-mail/Text: camanagement@mtb.com Jun 29 2017 18:49:49     M&T BANK,   1 FOUNTAIN PLAZA,
                 BUFFALO, NY 14203
4561938         E-mail/Text: camanagement@mtb.com Jun 29 2017 18:49:49     M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240-1288
4543843        +EDI: MID8.COM Jun 29 2017 18:48:00     MIDLAND FUNDING,   8875 AERO DR STE 200,
                 SAN DIEGO, CA 92123-2255
4543845         E-mail/Text: bankruptcydepartment@tsico.com Jun 29 2017 18:50:11     NCO Financial Systems,
                 500 Virginia Dr #514,    Ft Washington PA 19034-2707
4543847        +E-mail/Text: schesek@pinnaclehealth.org Jun 29 2017 18:49:49     PINNACLE HEALTH HOSPITALS,
                 PO BOX 2353,   HARRISBURG, PA 17105-2353
4543854        +EDI: NEXTEL.COM Jun 29 2017 18:48:00     SPRINT,   PO BOX 8077,   LONDON, KY 40742-8077
4558354         EDI: NEXTEL.COM Jun 29 2017 18:48:00     Sprint Corp,   Attn Bankruptcy Dept,   PO Box 7949,
                 Overland Park KS 66207-0949
4543858        +EDI: TFSR.COM Jun 29 2017 18:48:00     TOYOTA MOTOR CREDIT CO,   240 GIBRALTAR RD STE 260,
                 HORSHAM, PA 19044-2387
4558397         EDI: TFSR.COM Jun 29 2017 18:48:00     Toyota Motor Credit Corporation,
                 19001 South Western Avenue,   PO Box 2958,   Torrance, CA 90509
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4850663        EDI: BL-TOYOTA.COM Jun 29 2017 18:48:00      Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
4549713        EDI: TFSR.COM Jun 29 2017 18:48:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
               Cedar Rapids, Iowa 52408-8026
4543859        E-mail/Text: bkrcy@ugi.com Jun 29 2017 18:50:10      UGI,    PO BOX 13009,    READING, PA  19612
4580909        E-mail/Text: bkrcy@ugi.com Jun 29 2017 18:50:10      UGI UTILITIES INC,    225 MORGANTOWN RD,
               PO BOX 13009,    READING, PA 19611
4548700        E-mail/Text: electronicbkydocs@nelnet.net Jun 29 2017 18:49:58       US Department of Education,
               c/o Nelnet,    3015 South Parker Road,    Suite 400,    Aurora CO 80014-2904
4543860       +EDI: VERIZONEAST.COM Jun 29 2017 18:53:00      VERIZON,    500 TECHNOLOGY DR STE 30,
               WELDON SPRING, MO 63304-2225
4543861       +EDI: VERIZONEAST.COM Jun 29 2017 18:53:00      VERIZON,    500 TECHNOLOGY DRIVE,    SUITE 300,
               SAINT CHARLES, MO 63304-2225
4596056       +EDI: WFFC.COM Jun 29 2017 18:48:00      Wells Fargo Bank,    PO Box 63491 MAC A0143-042,
               San Francisco, CA 94163-0001
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4543851        SALUTE VISA GOLD,    Removed per entry 70
4543853        SHIPLEY ENERGY,    Removed per entry 70
4543856        STEVEN A. ROSENFELD DDS,    Removed per entry 70
cr*          ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,     19001 South Western Ave.,
               P.O. Box 2958,    Torrance, CA  90509)
4543844*      +MIDLAND FUNDING,    8875 AERO DRIVE,    SUITE 200,    SAN DIEGO, CA 92123-2255
                                                                                              TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Earthenia Denise Calloway gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor John Wayne Calloway gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              John F Goryl    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Toyota Motor Credit Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| John Wayne Calloway<br>Earthenia Denise Calloway | Chapter 13 |
| | Case No.  1:14−bk−04227−RNO |
| **Debtor(s)** | |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated:  June 29, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk